# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:21-CR-00026-CDL-MSH |
| BRUCE STINSON<br>CORTEZ JOHNSON | |

## ORDER ON JOINT MOTION FOR CONTINUANCE

Defendants **Bruce Stinson and Cortez Johnson** have moved the Court jointly, to continue the pre-trial conference and trial in this case, presently scheduled for November 30, 2021. The Government does not oppose this motion. Defendants were arraigned on July 8, 2021 (Stinson) and July 12, 2021 (Johnson). Additional time is needed to investigate, research and discuss the government's case in chief with their defendants. The Court finds that it is in the interests of justice to allow the parties to complete pretrial investigation, research and enter into plea negotiation if warranted; and that these interests outweigh the interest of Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 39] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's March 2022 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 15th day of November 2021.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT