# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:21-CR-00026-CDL-MSH |
| BRUCE STINSON<br>CORTEZ JOHNSON | |

## ORDER ON JOINT MOTION FOR CONTINUANCE

Defendant **Bruce Stinson and Cortez Johnson** have moved the Court jointly, to continue this case, presently scheduled for the March, 2022 trial term. Counsel is also moving to continue any motions hearings that are set. The Government does not oppose this motion. Defendants were arraigned on July 8, 2021 and July 12, 2021. Additional time is needed to review new discovery, investigate the case and continue to engage in plea negotiations, and the interests of justice served by a continuance outweigh the interest of the defendants and the public in a speedier trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the Motion for Continuance [Doc. 45] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's September 2022 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 21st day of January, 2022.

S/ Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT