IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

    v.

CORTEZ JOHNSON and
BRUCE STINSON

       Defendants.

Case No.: 4:21 -CR-26-CDL-MSH

## ORDER

Defendants were indicted on June 10, 2021, ECF No. 1.   Defendant Stinson was arraigned on July 8, 2021, ECF No. 13, and Defendant Johnson was arraigned on July 12, 2021.   ECF No. 27.   Trial in this case is currently scheduled for September 14, 2022.   Text-only entry, July 28, 2022.   Defendant Johnson seeks a continuance (ECF No. 55) and, at the hearing on the motion, the Government and Defendant Stinson agreed that a continuance would be preferable under the present circumstances.   Specifically, the parties claim that they need additional time to investigate new information which may impact the case, to adequately prepare in light of this new information, and to potentially discuss possible resolutions with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the January 2023 term of Court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.   The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B).   The delay occasioned by this continuance shall

not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **17th** day of **August, 2022**.


S/Clay D. Land
Clay D. Land,
U.S. District Judge